United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 21-30299-edk |
| Gina Maria Montemagni | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0101-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2021 | Form ID: 309aauto | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina Maria Montemagni, 130 Lawndale Street, Chicopee, MA 01013-2105 |
| 20623630 | + | Bank of America, N.A., c/o Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 20623629 | + | Bank of America, N.A., c/o Mercantile Adjustment Bure, P.O. Box 9055, Buffalo, NY 14231-9055 |
| 20623632 | + | Baystate MRI & Imaging, Ctr, c/o Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Philadelphia, PA 19190-0001 |
| 20623633 | + | Baystate MRI & Imaging, Ctr., P.O. Box 847915, Boston, MA 02284-7915 |
| 20623637 | + | CACH, LLC, c/o Solomon and Solomon, P.C., Columbia Circle, P.O. Box 15019, Albany, NY 12212-5019 |
| 20623634 | + | CACH, LLC, c/o Solomon and Solomon, PC, P.O. Box 15019, Albany, NY 12212-5019 |
| 20623636 | + | CACH, LLC, c/o Sequim Asset Solutions, LL, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 20623642 | + | Capital One Bank (USA), N.A., c/o Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 20623639 | + | Capital One Bank (USA), N.A., c/o Solomon and Solomon, P.C., Five Columbia Circle, Albany, NY 12203-5180 |
| 20623647 | + | Cavalry Portfolio Services, LL, c/o Shreiber/Cohen, LLC, 53 Stiles Road, Ste. # A102, Salem, NH 03079-2890 |
| 20623649 | + | Citi Cards, c/o Kream and Kream, P.O. Box 890117, East Weymouth, MA 02189-0002 |
| 20623655 | + | First Financial, Attn: Bankruptcy, 495 Old Connecticut Path Ste 220, Framington, MA 01701-4567 |
| 20623659 | + | Kohl's, c/o Progressive Financial Serv, P.O. Box 22083, Tempe, AZ 85285-2083 |
| 20623658 | + | Kohl's, c/o Mercantile, 165 Lawrence Bell Drive, Suite 100, Buffalo, NY 14221-7900 |
| 20623657 | + | Kohl's, c/o Qualia Collection Services, 1444 North McDowell Blvd., Petaluma, CA 94954-6515 |
| 20623660 | + | Kohl's / Capital One, N.A., c/o Progressive Financial Svcs, 1919 West Fairmont Drive, Building 8, Tempe, AZ 85282-3183 |
| 20623663 | + | Lowes Synchrony Bank, c/o Monarch Recovery Mgmt, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 20623662 | + | Lowes Synchrony Bank, c/o Nationwide Credit, Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 20623666 | + | Merrick Bank, c/o Figliola & Romano, 282 Country Road, Suite 3, Barrington, RI 02806-2432 |
| 20623668 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 20623672 | + | Synchrony Bank, c/o Monarch Recovery Mgmt, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 20623671 | + | Synchrony Bank, c/o Rausch Sturm, 44 Bearfoot Road, Suite 350, Northborough, MA 01532-1564 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: robin@attorneysgl.com | Aug 09 2021 21:40:00 | Robert J. Lefebvre, Gelinas & Lefebvre, P.C., 554 Grattan Street, Chicopee, MA 01020-1545 |
| tr | + | EDI: BGMWEINER.COM | Aug 10 2021 01:48:00 | Gary M. Weiner, Weiner Law Firm, P.C., 1441 Main Street, Suite 610, Springfield, MA 01103-1473 |
| smg | + | Email/Text: duabankruptcy@detma.org | Aug 09 2021 21:40:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD STREET,1ST FLOOR, Boston, MA 02114-2502 |
| smg | | EDI: MASSDOR | Aug 10 2021 01:48:00 | MASS DEPT OF REVENUE, BANKRUPTCY UNIT, P0 BOX 9564, Boston, MA 02114-9564 |
| ust | + | Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Aug 09 2021 21:40:18 | Richard King, Office of the U. S. Trustee, 446 Main Street, 14th Floor, Worcester, MA |

District/off: 0101-3 | User: admin | Page 2 of 3
Date Rcvd: Aug 09, 2021 | Form ID: 309aauto | Total Noticed: 52

| | | | |
|---|---|---|---|
| | | | 01608-2361 |
| 20623628 | | EDI: BANKAMER.COM | |
| | | Aug 10 2021 01:48:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 20623631 | + | Email/Text: cms-bk@cms-collect.com | |
| | | Aug 09 2021 21:40:00 | Bank of America, N.A., c/o Capital Management Serv, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 20623648 | | EDI: CITICORP.COM | |
| | | Aug 10 2021 01:48:00 | Citi Cards, Processing Center, Des Moines, IA 50363 |
| 20623654 | | Email/Text: customercareus@creditcorpsolutionsinc.com | |
| | | Aug 09 2021 21:40:00 | Credit Corp Solutions, Attn: Bankruptcy, 63 East 11400 South #408, Sandy, UT 84070 |
| 20623638 | + | EDI: CAPITALONE.COM | |
| | | Aug 10 2021 01:48:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 20623643 | + | EDI: PRA.COM | |
| | | Aug 10 2021 01:48:00 | Capital One Bank (USA), N.A., c/o Portfolio Recovery Associa, Attn: Bankruptcy, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 20623641 | + | EDI: PRA.COM | |
| | | Aug 10 2021 01:48:00 | Capital One Bank (USA), N.A., c/o Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 20623640 | + | Email/Text: kristin.villneauve@allianceoneinc.com | |
| | | Aug 09 2021 21:40:00 | Capital One Bank (USA), N.A., c/o Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 20623644 | + | EDI: CAPITALONE.COM | |
| | | Aug 10 2021 01:48:00 | Capital One Services, LLC, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 20623645 | + | Email/Text: bankruptcy@cavps.com | |
| | | Aug 09 2021 21:40:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 20623646 | + | Email/Text: bankruptcy@cavps.com | |
| | | Aug 09 2021 21:40:00 | Cavalry Portfolio Services, LL, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 20623650 | + | EDI: MID8.COM | |
| | | Aug 10 2021 01:48:00 | Citi Cards, c/o Midland Credit, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 20623651 | + | EDI: CITICORP.COM | |
| | | Aug 10 2021 01:48:00 | Citibank, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 20623653 | + | Email/Text: bankruptcy@affglo.com | |
| | | Aug 09 2021 21:40:00 | Citibank, c/o Global Credit & Collection, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 20623652 | + | Email/Text: bankruptcy@cavps.com | |
| | | Aug 09 2021 21:40:00 | Citibank, c/o Calvary, P.O. Box 520, Valhalla, NY 10595-0520 |
| 20623656 | + | Email/Text: comptois_amanda@holyokehealth.com | |
| | | Aug 09 2021 21:40:00 | Holyoke Medical Center, Attn: Billing Dept., 575 Beech Street, Holyoke, MA 01040-2296 |
| 20623661 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Aug 09 2021 21:40:00 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 20623664 | + | Email/Text: mediamanagers@clientservices.com | |
| | | Aug 09 2021 21:40:00 | Lowes Synchrony Bank, c/o Client Services, In., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 20623665 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Aug 09 2021 21:52:00 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 20623667 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Aug 09 2021 21:51:57 | Merrick Bank/CardWorks, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 20623669 | + | Email/Text: bankruptcy@pracollect.com | |
| | | Aug 09 2021 21:40:00 | Peter Roberts & Associates, Attn: Bankruptcy, 231 E Main Street, Suite 201, Milford, MA 01757-2821 |
| 20623670 | + | EDI: RMSC.COM | |
| | | Aug 10 2021 01:48:00 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 20623673 | + | Email/Text: bankruptcydepartment@tsico.com | |

District/off: 0101-3                     User: admin                        Page 3 of 3

Date Rcvd: Aug 09, 2021                  Form ID: 309aauto                  Total Noticed: 52

|  |  | Aug 09 2021 21:40:00 | Synchrony Bank, c/o NCC Busines Services, Inc., 9428 Baymeadows Road, Suite 200, Jacksonville, FL 32256-7912 |
| 20623674 | + EDI: VERIZONCOMB.COM | | |
|  |  | Aug 10 2021 01:48:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Drive, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20623627 | ##+ | Atlantic Credit & Finance, Special Finance Unit, LLC, 3353 Orange Avenue, NE, Roanoke, VA 24012-6335 |
| 20623635 | ##+ | CACH, LLC, c/o J.A. Cambece Law Office, 200 Cummings Center, Suite 173D, Beverly, MA 01915-6190 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021                       Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary M. Weiner | GWeiner@Weinerlegal.com  DGoebel@Weinerlegal.com;MA27@ecfcbis.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |
| Robert J. Lefebvre | on behalf of Debtor Gina Maria Montemagni bob@attorneysgl.com  sue@attorneysgl.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gina Maria Montemagni** | Social Security number or ITIN   **xxx–xx–7762** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Massachusetts** | | Date case filed for chapter  **7**   **8/4/21** |
| Case number:   **21–30299** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other document in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gina Maria Montemagni | |
| 2. | **All other names used in the last 8 years** | aka Gina M. Montemagi | |
| 3. | **Address** | 130 Lawndale Street Chicopee, MA 01013 | |
| 4. | **Debtor's attorney** Name and address | Robert J. Lefebvre Gelinas & Lefebvre, P.C. 554 Grattan Street Chicopee, MA 01020 | Contact phone (413) 532–0010 Email: bob@attorneysgl.com |
| 5. | **Bankruptcy trustee** Name and address | Gary M. Weiner Weiner Law Firm, P.C. 1441 Main Street Suite 610 Springfield, MA 01103 | Contact phone 413–732–6840 Email: GWeiner@Weinerlegal.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**

Debtor  **Gina Maria Montemagni**                                                        Case number **21–30299 –edk**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>pacer.uscourts.gov</u>. | U.S. Bankruptcy Court <br> 300 State Street, Suite 220 <br> Springfield, MA 01105 | Hours open: Monday–Friday <br> 8:30am–5:00pm <br><br> Contact phone 413–785–6900 <br><br> Date: 8/9/21 |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 21, 2021 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **The meeting will be held TELEPHONICALLY** |

<span style="color:red">**The dial–in number and participant code for the telephonic section 341 meeting of creditors will be posted to the docket within 14 days prior to the meeting. You may also contact the trustee for dial–in information.**</span>

| | | |
|---|---|---|
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines** <br><br> Papers and any required fee must be received by the bankruptcy clerk's office **no later than the deadlines listed.** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br><br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6). <br><br> **You must file a motion:** <br><br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/22/21** |
| | | **Deadline to object to exemptions:** <br><br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption <br><br> claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | | |
|---|---|---|---|
| **10.** | **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |

| | | | |
|---|---|---|---|
| **11.** | **Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

Debtor **Gina Maria Montemagni**                                                                                           Case number **21–30299 –edk**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at  www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                         page **3**