**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**GINA MARIA MONTEMAGNI,**<br>                    **Debtor** | **Chapter 7**<br>**Case No. 21-30299-EDK** |

## REVISED AFFIDAVIT OF SERVICE

I, Robert J. Lefebvre, Esquire, of Gelinas & Lefebvre, P.C., hereby certify that pursuant to Fed. R. Bankr. P. 7004 on the 30th day of September, 2021 that I have mailed by first class mail, postage prepaid the Motion to Avoid Judicial Liens electronically filed with the Court on the following Judicial Lien Creditors:

Served on September 24, 2021:

CACH, LLC
c/o Solomon and Solomon, PC
Attn:  Julie Solomon, Esq.
Columbia Circle
P.O. Box 15019
Albany, NY 12212-5019

Atlantic Credit & Finance
c/o Kream and Kream
Attn:  Richard John Omar, Esq.
536 Broad Street, Suite 5
Weymouth, MA 02189


Served on October 1, 2021:

CACH, LLC/Resurgent Capital Services
Attn: Timothy M. Grant, Registered Agent
15 S. Main Street, Suite 900
Greenville, SC 29601

Atlantic Credit & Finance
Attn:  Corporation Service Company, Registered Agent
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100


     I declare that the foregoing is true and correct under
the penalties of perjury.

_____
Robert J. Lefebvre, Esq.