UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

GINA MARIA MONTEMAGNI,
Debtor

Chapter 7
Case No. 21-30299-EDK

## ORDER VOIDING JUDICIAL LIENS

This matter having come before the Court upon the Motion of Gina Maria Montemagni for an order determining the real estate Executions to be void as a judicial liens; and Court finding that the Motion and Notice of any hearing on the Motion were properly provided to the lienholder and its representative; and the Court finding that the Executions asserted by CACH, LLC and Atlantic Credit & Finance constitutes judicial liens impairing the Debtor's claim of exemption; and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that the Execution recorded by CACH, LLC at the Hampden County Registry of Deeds at Book 21528, Page 61 shall be and is hereby declared void.

IT IS HEREBY ORDERED that the Execution recorded by Atlantic Credit & Finance at the Hampden County Registry of Deeds at Book 21935, Page 399 shall be and is hereby declared void.

~~Dated this XXXX day of September, 2021~~

Dated:  10/22/2021

_____
ELIZABETH D. KATZ
BANKRUPTCY JUDGE