# GELINAS & LEFEBVRE, P.C.

## Attorneys at Law

554 Grattan Street
Chicopee, Massachusetts 01020
Telephone (413) 532-0010
Facsimile (413) 536-4208
attorneys@attorneysgl.com

James W. Gelinas
Robert J. Lefebvre
Richard D. Gelinas
(Retired)

November 1, 2021

United States Bankruptcy Court
United States Federal Courthouse
Clerk's Office
300 State Street
Springfield, MA 01105

Re:   GINA MARIA MONTEMAGNI
      Chapter 7, No. 21-30299-EDK

Dear Sir/Madam:

I would like to request a Certified Copy of the Order Voiding Judicial Liens dated October 22, 2021, a copy of which is enclosed.

Should you have any questions, please feel free to contact me.

Sincerely yours,

Robert J. Lefebvre, Esquire

RJL/smm

Enclosure

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

In re:

GINA MARIA MONTEMAGNI,
            Debtor

Chapter 7
Case No. 21-30299-EDK

## ORDER VOIDING JUDICIAL LIENS

This matter having come before the Court upon the Motion of Gina Maria Montemagni for an order determining the real estate Executions to be void as a judicial liens; and Court finding that the Motion and Notice of any hearing on the Motion were properly provided to the lienholder and its representative; and the Court finding that the Executions asserted by CACH, LLC and Atlantic Credit & Finance constitutes judicial liens impairing the Debtor's claim of exemption; and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that the Execution recorded by CACH, LLC at the Hampden County Registry of Deeds at Book 21528, Page 61 shall be and is hereby declared void.

IT IS HEREBY ORDERED that the Execution recorded by Atlantic Credit & Finance at the Hampden County Registry of Deeds at Book 21935, Page 399 shall be and is hereby declared void.

~~Dated: This XXXX day of September, 2021~~

Dated: 10/22/2021

_ELIZABETH D. KATZ_
BANKRUPTCY JUDGE