UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Gina Maria Montemagni , | Chapter: 7 |
| Debtor | Case No: 21–30299 |
| | Judge Elizabeth D. Katz |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that Gary M. Weiner, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:3/3/22

By the Court,

Elizabeth D. Katz
U.S. Bankruptcy Judge